UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | EDCV 26-5324-GW-DTBx | Date | November 16, 2026 |
| Title | *Mark Martinez v. A-Team Delivers LLC, et al.* | | |

| | |
|---|---|
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |

| | | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**PROCEEDINGS: IN CHAMBERS - ORDER DENYING MOTION TO REMAND FOR FAILURE TO COMPLY WITH LOCAL RULES**

Plaintiff Mark Martinez ("Plaintiff") filed a motion to remand in this action on October 14, 2026. His motion indicates that, "[p]er Local Rule 7-3," he met-and-conferred with defendants Amazon.com Services LLC and Amazon.com Services, Inc. ("the Amazon Defendants"), on October 13, 2026. *See* Docket No. 11, at ii:13-15; *see also* Declaration of Taylor N. Ballou, Docket No. 11-1, ¶ 7. In their Opposition to the motion, the Amazon Defendants – who both assert that they have been "incorrectly named and erroneously sued" – agree with that meet-and-confer timeline. *See* Docket No. 14, at 1 n.1, 4:11-13.

Plaintiff did not meet-and-confer "per Local Rule 7-3." He blatantly violated Local Rule 7-3. *See* C.D. Cal. L.R. 7-3 ("The conference must take place in person, by telephone, or via video conference *at least 7 days prior to the filing of the motion*.") (emphasis added). His motion is denied for that reason.[1] The hearing set for November 23, 2026, is vacated. The November 23, 2026, Scheduling Conference remains on-calendar, although the parties can appear telephonically if they contact the court clerk in advance.

IT IS SO ORDERED.

[1] In connection with a stipulation to continue the hearing date on the motion, the Amazon Defendants' counsel – not Plaintiff's counsel – asserted that "[t]he requested continuance would also allow the parties additional time to continue to meet and confer." Declaration of Richard A. Westmoreland in Support of Joint Stipulation to Continue Hearing re: Motion to Remand and November 9, 2026 Scheduling Conference, Docket No. 12-1, ¶ 8. It is not clear what this "meet and confer" concerns, whether it is the motion to remand or discussions in advance of the same-day-scheduled Scheduling Conference. If it is the former, the Rule 7-3 meet-and-confer process is plainly meant to occur *before* a motion is filed.

:

Initials of Preparer JG